# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

**IN RE:**

| | |
|---|---|
| **Thomas Greene Jr, aka Thomas Green, aka Thomas Greene** | CASE NO.: 21-02458-dd |
| | CHAPTER: 13 |
| | JUDGE: David R. Duncan |

**Debtor(s).** /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 2002 and 9010(b), the undersigned enters an appearance in this case on behalf of U.S. Bank Trust National Association as Trustee of the Cabana Series V Trust. Request is made that all notices given or required to be given in this action and all related actions, be given and served upon the following:

J. Pamela Price, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
pprice@mtglaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the above attorney's

request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons, or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

Dated: December 22, 2021

                                                       Respectfully submitted,

                                                       By: /s/ J. Pamela Price
                                                     J. Pamela Price, Esq.
                                                   SCBN 14336

                                                   MCMICHAEL TAYLOR GRAY, LLC
                                                   Attorney for Creditor
                                                   3550 Engineering Drive, Suite 260
                                                   Peachtree Corners, GA 30092
                                                   Telephone: 404-474-7149
                                                   Facsimile: 404-745-8121
                                                   E-mail: pprice@mtglaw.com
                                                   MTG File No.: 21-001199-01

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Thomas Greene Jr
3623 Marginal Road
Mount Pleasant, SC 29466
      Debtor


**Via CM/ECF electronic service:**
Moss & Associates Attorneys P.A.
John C Waites
2170 Ashley Phosphate Rd., Ste 405
North Charleston, SC 29406
      Debtor's Attorney

James M. Wyman
PO Box 997
Mt. Pleasant, SC 29465-0997
      Trustee

Dated: December 22, 2021

                Respectfully submitted,

                By: /s/ J. Pamela Price
                J. Pamela Price, Esq.
                SCBN 14336

                MCMICHAEL TAYLOR GRAY, LLC
                Attorney for Creditor
                3550 Engineering Drive, Suite 260
                Peachtree Corners, GA 30092
                Telephone: 404-474-7149
                Facsimile: 404-745-8121
                E-mail: pprice@mtglaw.com
                MTG File No.: 21-001199-01